## J. L. Wilkey v. M. E. Buck.

1.   APPEALS—*Lie Only from Final Judgments.*—Appeals to this court from Circuit Courts will lie only in causes where a final judgment or decree has been entered.

Replevin, before a justice of the peace.   Appeal from the Circuit Court of Hamilton County; the Hon. EDMUND D. YOUNGBLOOD, Judge, presiding.   Heard in this court at the August term, 1896.   Appeal dismissed.   Opinion filed March 3, 1897.

J. WILSON JONES, attorney for appellant.

T. B. STELLE and J. R. CROSS, attorneys for appellee.

MR. JUSTICE GREEN DELIVERED THE OPINION OF THE COURT.

It does not appear in the record filed in this court that any judgment was entered by the trial court, hence, as appeal will only lie from the Circuit Court to this court in causes where a final judgment or decree is entered against the appellant, the appeal is dismissed.